IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SANDRA PERILLO,<br>          Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES SPMD 2004-C, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES SPMD 2004-C,<br>          Movant,<br><br>     v.<br><br>SANDRA PERILLO, and<br>KENNETH E. WEST, Trustee,<br>          Respondents. | Bankruptcy No. 22-12817-mdc<br><br>Chapter 13<br><br>Related to Doc. No. 13 |

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN DATED NOVEMBER 3, 2022

AND NOW COMES, Movant, Specialized Loan Servicing, LLC, as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2004-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2004-C (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Objection to Confirmation of Chapter 13 Plan Dated November 3, 2022 (the "Objection"), stating as follows:

1.    Respondents Sandra Perillo (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on October 20, 2022 (the "Petition Date").

2.    Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

3.    The Movant holds a Mortgage on the real property located at 2311 Franklin Ave, Secane, PA 19018, pursuant to a Mortgage and Note filed with the Recorder of Deeds of Delaware County.

4.    As of the Petition Date, the amount owed to the Movant by Debtor pursuant to the above-referenced Mortgage and Note was approximately $146,221.94, with $107,477.55 in pre-petition arrears. These amounts will be reflected in the timely filed Proof of Claim.

5. The Contract requires monthly payments of $1,188.49 with an interest rate of 12.00%

6. Debtor's Chapter 13 Plan dated November 3, 2022 proposes to pursue a loan modification with the Movant.

7. Movant objects to the confirmation of Debtors' Chapter 13 Plan because it improperly proposes to omit pre-petition arrears and does not provide an alternative in the case of an unsuccessful loss mitigation.

WHEREFORE, Movant, Specialized Loan Servicing, LLC, as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2004-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2004-C, respectfully requests that this Honorable Court deny confirmation of Debtors' Chapter 13 Plan dated November 3, 2022.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112

Counsel for Specialized Loan Servicing, LLC, as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2004-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2004-C

Dated: December 15, 2022